IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| JULIE JAY, an individual,<br><br>                                      Plaintiff,<br><br>v.<br><br>PORT OF SEATTLE, a special purpose municipal corporation and DOE CORPORATIONS 1-5,<br><br>                                      Defendants. | Case No. 2:21-cv-01232<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441; 28 USC § 1331; AND 28 USC § 1332(a)(2)<br><br>(Clerk's Action Required)<br><br>King County Superior Court<br>Case No. 21-2-10724-5 KNT |

**TO:         THE CLERK OF THE COURT**

**AND TO:  ALL PARTIES OF RECORD AND THEIR COUNSEL.**

PLEASE TAKE NOTICE that Defendant Port of Seattle hereby gives notice of the removal of the above-captioned action, Cause No. 21-2-10724-5 KNT currently pending in the Superior Court of King County, Washington, to the United States District Court for the Western District of Washington at Seattle on the grounds set forth below:

**I.      STATE COURT ACTION**

The State Court action to be removed is *Julie Jay v. Port of Seattle, et al.* was filed in King County Superior Court, State of Washington, on August 13, 2021, and served upon Defendant Port of Seattle on August 13, 2021. A true and correct copy of the Complaint for

NOTICE OF REMOVAL – 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4811-3332-9873.1

Damages filed in King County Superior Court Case No: 21-2-10724-5 KNT is attached as **Exhibit A**. This is a civil action arising out of negligence, with claims made by Plaintiff for money damages being sought.

## II. TIME FOR REMOVAL

This Notice of Removal is timely. Under 28 U.S.C. § 1446(b)(1), a defendant must file a notice of removal within 30 days after receipt of a copy of the initial pleading, through service or otherwise, setting forth the claim for relief upon which such action or proceeding is based. Here, Defendant received notice of the initial pleading on August 13, 2021, when Plaintiff's Complaint and Summons were served on Defendants via email correspondence. This Notice of Removal is being filed within thirty days of receipt of the Complaint.

## III. GROUNDS FOR REMOVAL

Defendants remove this case to federal court pursuant to 28 USC § 1441 and 28 USC § 1332(a)(2) based on this Court's original jurisdiction in which the matter in controversy exceeds $75,000.

Additionally, Plaintiff and Defendants are citizens of different States. Plaintiff is a resident of the State of Arizona. Defendant is a public entity, located in the State of Washington. Defendant is authorized and do conduct business in King County, State of Washington. 28 USC § 1332(a) states that the United States District Courts shall have original jurisdiction over all civil matters meeting these standards.

## IV. REQUIRED DOCUMENTS

Defendants will promptly give written notice to all adverse parties. 28 USC § 1446(d).

In accordance with 28 USC § 1446 and LCR 101 (b)(1) and (3), a copy of the operative Complaint is attached and filed herewith as **Exhibit A**.

Opposing counsel is listed below and is being served with a copy of this Notice as set forth in the Declaration of Service below in accordance with LCR 101(b)(2).

Defendants will answer Plaintiff's Complaint for Damages within 7 days after the notice of removal is filed. Fed. R. Civ. P. 81(c)(2)(C).

NOTICE OF REMOVAL – 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4811-3332-9873.1

1 | DATED: September 9, 2021      LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/William W. Simmons*
William W. Simmons, WSBA# 35604

*s/Rachelle R. Stefanski*
Rachelle R. Stefanski, WSBA #56353
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206) 436-2030 Fax
William.Simmons@lewisbrisbois.com
Rachelle.Stefanski@lewisbrisbois.com
Attorneys for Defendant Port of Seattle

NOTICE OF REMOVAL – 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4811-3332-9873.1

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on September 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following counsel record and served them via the parties agreed eservice agreement:

| *Attorney for PLAINTIFFS*<br>Parker D. Davidson., WSBA #49746<br>SEARS INJURY LAW PLLC<br>929 East Main, Suite 305A<br>Puyallup, WA 98372<br>(253) 286-7444 / (253) 435-8919 Fax | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☒ via CM/ECF System<br>☒ via E-mail per Eservice Agreement:<br>parker@searsinjurylaw.com<br>jamie@searsinjurylaw.com<br>mjh@harperazlaw.com<br>lac@harperlawaz.com<br>07d564274+matter1392069691@maildrop.clio.com |
|---|---|

Dated September 9, 2021 at Seattle, Washington.

                         *s/Tami L. Foster*
                         Tami L. Foster, Legal Secretary
                         Tami.Foster@lewisbrisbois.com

NOTICE OF REMOVAL – 4

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4811-3332-9873.1