Judge Richard A. Jones

# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JULIE JAY, an individual,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>PORT OF SEATTLE, a special purpose municipal corporation and DOE CORPORATIONS 1-5,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01232-RAJ<br><br>STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT |

## STIPULATION

Plaintiff Julie Jay, ("Plaintiff") by and through her counsel Parker D. Davidson, and Defendant Port of Seattle, by and through its counsel William W. Simmons and Rachelle R. Stefanski, hereby stipulate that this case shall be remanded back to state court, pursuant to 28 USC § 1441(b). Accordingly, the parties stipulate that this action should be remanded to King County Superior Court for further proceedings without costs to either party.

//

//

//

//

STIPULATED MOTION AND ORDER
TO REMAND CASE TO STATE COURT – 1
USDC Western WA 2:21-cv-01232-RAJ

4811-3332-9873.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | | |
|---|---|---|
| 1 | DATED: September 15, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

*s/William W. Simmons*
William W. Simmons, WSBA# 35604

*s/Rachelle R. Stefanski*
Rachelle R. Stefanski, WSBA #56353
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206) 436-2030 Fax
William.Simmons@lewisbrisbois.com
Rachelle.Stefanski@lewisbrisbois.com
Attorneys for Defendant Port of Seattle

SEARS INJURY LAW, PLLC

*s/ Parker D. Davidson*
Parker D. Davidson, WSBA No. 49746
929 East Main, suite 305A
Puyallup, WA 98372
(253) 286-7444 / (253) 435-8919 Fax
Parker@searsinjurylaw.com
Attorney for Plaintiff Julie Jay

STIPULATED MOTION AND ORDER
TO REMAND CASE TO STATE COURT – 2
USDC Western WA 2:21-cv-01232-RAJ

4811-3332-9873.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

## ORDER ON STIPULATION

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the present case be remanded to King County Superior Court for further proceedings without costs to either party.

IT IS SO ORDERED on this 15th day of September, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER
TO REMAND CASE TO STATE COURT – 3
USDC Western WA 2:21-cv-01232-RAJ

4811-3332-9873.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020